UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cr-74-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KENTER ONEAL RUFF,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Pro Se Ex Parte Motion to Dismiss All Charges. (Doc. No. 24).

Defendant is represented by court-appointed counsel in this matter. Under L.Cr.R. 41.7(h), the Court typically does not entertain *pro se* motions by parties who are already represented by counsel. Defendant is encouraged to consult with his counsel about filing any appropriate motions on his behalf. Having thus considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Pro Se Ex Parte Motion to Dismiss All Charges, (Doc. No. 24), is **DENIED without prejudice**.

Signed: October 17, 2022

Max O. Cogburn Jr
United States District Judge